UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCEY LEE CLARK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDWARD BORLA, et al.,<br><br>　　　　Defendants. | Case No. 26-cv-00151-RS (PR)<br><br>**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla*, Case No. 25-cv-02820-TLT.

**IT IS SO ORDERED.**

**Dated:** January 9 , 2026

_____
RICHARD SEEBORG
Chief United States District Judge